## BESSEMER BEEF CO., ET AL. v. HILL.

(Decided November 23, 1915.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

GOODWYN & ROSS, for appellant. PINKNEY SCOTT, for appellee.

PER CURIAM.—Appeal dismissed by agreement.

---

## BOWEN v. HAMILTON.

. (Decided February 10, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

J. M. HOLLEY, for appellant. T. G. HILYER, for appellee.

PELHAM, P. J.—Affirmed for want of assignment of error.

---

## BROWN v. CITY OF TUSCALOOSA.

(Decided November 25, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. BROWN & WARD, for appellee.

PER CURIAM.—Appeal dismissed for want of assignment of error.

---

## BROWN v. GRAYSON.

(Decided February 1, 1916.)

APPEAL from Morgan Circuit Court.

Heard before Hon. R. C. BRICKELL.

MELVIN HUTSON, for appellant. No counsel marked for appellee.

PER CURIAM.—Appeal dismissed.